```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  MICHELE BECKWITH
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:10-cr-00514-MCE |
|---|---|
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER TO |
|  | ) CONTINUE STATUS CONFERENCE |
| JONAN VELAZQUEZ-PURECO, | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED between the parties, the United States, represented by Assistant United States Attorney Michele Beckwith, and defendant, represented by Carl Larson, that the status conference currently set for February 3, 2011 be vacated, and that the matter be re-set for status conference on March 3, 2011 at 9:00 a.m.

Additional time is needed for defense counsel to review and analyze the discovery with the defendant and assess potential defenses in this case. The parties agree that a continuance is necessary for this purpose, and agree to exclude time under the Speedy Trial Act accordingly.

IT IS STIPULATED that the period from the signing of the proposed order, up to and including the March 3, 2011 status conference, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, for ongoing preparation of counsel.

Dated:  February 2, 2011          Respectfully submitted,

                                  BENJAMIN B. WAGNER
                                  United States Attorney

                                  /s/ Michele Beckwith
                             By:  Michele Beckwith
                                  Assistant U.S. Attorney

Dated: February 2, 2011

                                  /s/ Carl Larson
                                  CARL LARSON
                                  Attorney for Defendant

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the status conference presently set for February 3, 2011, be continued to March 3, 2011, at 10:00 a.m. Based on the representation of counsel and good cause appearing therefrom, the Court hereby finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time from the date of this Order, to and including, the March 3, 2011, status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4.

 Dated: February 4, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE